AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:16-cv-09337

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DAVID STEWART**
was received by me on *(date)* **12/09/2016**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **YOLADIE (Wife),** *(description set forth below)*, a person of suitable age and discretion who resides there, on *(date)* **12/13/2016**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **100.00** for services, for a total of $ **100.00**.

I declare under penalty of perjury that this information is true.

Date: **12/16/2016**

*Server's signature*

Igor Rudichenko, Licensed Process Server #1307355
*Printed name and title*

Bonafide Process Service Inc
194 Roma Avenue, Staten Island NY 10306
*Server's address*

Additional information regarding attempted service, etc:
Place of Service and Address to Which Additional Mailing was sent per CPLR:  610 West 150th Street, #5J, New York NY 10031. Additional mailing was sent on 12/15/2016 to the address set forth above in a postage paid envelope marked 'Personal and Confidential' via first class mail.  In addition to Summons, I also served  and mailed  a copy of the Complaint, Jury Demand and Designation of Trial Counsel. Recipient is described as Female, Brown Skin, Brown Hair, 5'3"-5'7", 100-130 lbs, 25-40 years of age. I asked the recipient whether defendant David Stewart is a member of the military and she advised that he is not.