*Karas, J.* RR

Joshua M. Lurie, Esq. (JL7272)
Furst & Lurie, LLP
99 Hudson Street, 5th Floor
New York, New York 10013
Ph. (973) 744-5700
Fax. (866) 744-4483
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31

---

| | |
|---|---|
| GEORGE KALTNER (individually), et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>DAVID STEWART (individually), et al.,<br><br>      Defendants. | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Case No. 7:16-cv-09337-KMK-LMS<br><br>ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUCTION ~~AND TEMPORARY RESTRAINING ORDER~~ |

Upon the affidavits of George Kaltner, Oscar Razzouk and Joshua M. Lurie, Esq., sworn to the 18th and 23rd day of January, 2017, and based upon the facts set forth in the Complaint filed in this matter, and the memorandum of law submitted herewith, it is:

ORDERED, that ~~David Stewart~~ **Defendants** show cause before a motion term this Court at Room **521**, United States Courthouse, 300 Quarropas Street, White Plains, Westchester County, New York on **February 16**, at **10:30** o'clock in the **fore** noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants, during the pendency of this action, from:

1. Soliciting employees, both current or former, of Plaintiffs to:

    a. Work for Defendants;

    b. Provide information or documentation regarding Plaintiffs' business activities; and

-1-

   c. Provide false testimony about Plaintiffs through payment in this or other matters.

2. Utilize Facebook or other social media platforms to post defamatory, confidential or business information about Plaintiffs including, but not limited to, payrolls, employee lists, or financial records;

3. Transferring the domain "Avatardialler.com" away from its current hosting service, GoDaddy, to any other website hosting service, either within or outside the United States; ~~and it is further~~

ORDERED ~~that~~, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants are temporarily restrained and enjoined from:

1. Soliciting employees, both current or former, of Plaintiffs to:
   a. Work for Defendants;
   b. Provide information regarding Plaintiffs' business activities; and
   c. Provide false testimony through payment in this or other matters.
2. Utilize Facebook or other social media platforms to post defamatory, confidential or business information about Plaintiffs including, but not limited to, payrolls, employee lists, or financial records;
3. Transferring the domain "Avatardialler.com" away from its current hosting service, GoDaddy, to any other website hosting service, either within or outside the United States; and it is further

~~ORDERED, that security in the amount of $_____ be posted by the Plaintiffs prior to _____ at ____ o'clock in the ____ noon of that day; and it is further~~

ORDERED that personal service of a copy of this Order and annexed affidavit upon the defendant or his counsel on or before __5__ o'clock in the __after__ noon, __February 3, 2017__ shall be deemed good and sufficient service thereof.

DATED: 1/31/17

ISSUED:

So Ordered:

_____
KMK
United States District Judge

It is further ordered that Defendants' opposition papers are due by ~~2/13/17~~ 2/10/17.