August 10, 2015 at 09:37
Inbox - TPO

**George Von Kaltner**
To: David Stewart   Cc: Eugene Strupinsky,   George Kaltner,   George Kaltner,   and 3 more...
Re: David's Laptop / Severance Package

Read carefully...

It's no joke David, we are confident in our claims after fully reviewing your actions, practices and getting testimony from people you interacted with here and in the Philippines.

We have been building a case in all companies against you for months. We have hired a controller to examine your work. The books are a total mess, and the cost of getting into compliance has been expensive. I feel you are liable for this financially. We have found over 200,000 in documented mistakes so far and losses.

Not to mention the extra expense incurred to rainbow slushie for the audit you never did while on a trip paid for by us. All of this cost and extra expenses are recoverable. This is just the tip of the iceberg.

Where can we serve you, you can see for yourself
We are happy to send you copies if you want to proceed down the legal path, if you have a lawyer we can send the documents to them.

If you don't want us to sue you

You, your lawyer or advisor should call Eugene and offer some solution

That's why you contacted us right because you have a claim, we feel we have a claim also that is why your services were no longer needed.

Also it Sounds like you need money being unemployed and spending money going on vacation. And I am sure you don't want to have some large legal bills eating into whatever you put aside. We really don't want to force you into bankruptcy because of some misunderstanding on your part. This is a distraction to us.

If you don't want to wind up getting sued from two contents I suggest you call Eugene and explain your case, and he will explain ours. If there is anything in it for us I am sure we can come to some kind of binding agreement that addresses all of our concerns. If not get a lawyer and we will see you in court.

George

George VonKaltner
Avatar Technologies
855-GO-AVATAR
855.462.8282 Main
917.287.2067 Direct
866.460.4816 Fax

georgek@avatar.com.ph
www.AvatarTechnologies.com.ph

"Outsourcing without the Accent"

Exhibit F
































































**Lyft**  
To: David Stewart  
Congrats! You just earned your referral bonus

October 31, 2016 at 07:16 



# You Just Earned $300

Congrats! By giving 100 rides you just earned your $300 referral bonus.

## Refer New Drivers

Thanks for joining the Lyft community! Continue to earn by referring new drivers.



View in Browser | Unsubscribe | Contact        548 Market St. #68514 San Francisco, CA 94104 © 2016 Lyft, Inc.



Driver summary for Oct 28, 2016

## Power Driver Bonus

Want to earn more? Find out how to qualify for the Power Driver Bonus

## Upcoming peak hours

Drive peak hours for maximum rides, earnings, and funny stories.



Time in driver mode: 12 hrs, 12 min

**View Daily Pay Summary**

| Past ratings | Lifetime | Past day |
|---|---|---|
| **Rating** | **Rides** | **Accept rate** |
| ★ 4.93 | 63 | 94% |
| Awesome | | Awesome |

### Your profile
**Not complete**

A mini bio passengers can see

**Complete your profile**

Refer a driver, earn $400

# Driver summary for Oct 29, 2016

## Power Driver Bonus

Want to earn more? Find out how to qualify for the Power Driver Bonus

## Upcoming peak hours

Drive peak hours for maximum rides, earnings, and funny stories.

| | Your hours | | Peak hours |
|---|---|---|---|

| | AM | | | | | PM | | | | | | | | | | | AM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 |
| Sat 10/29 | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon 10/31 | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue 11/01 | | | | | | | | | | | | | | | | | | | | | | | | |

Time in driver mode:                                    10 hrs, 3 min

**View Daily Pay Summary**

| Past ratings | Lifetime | Past day |
|---|---|---|
| **Rating** | **Rides** | **Accept rate** |
| ★ 4.93 | 80 | 93% |
| Awesome | | Awesome |

### Your profile
### Not complete

A mini bio passengers can see

**Complete your profile**

## Refer a driver, earn $400

Refer a driver with your link, and if they complete 100 rides within their first 30 days, you'll get $400!