

Jacob Chen <jchen@daiassociates.com>

## Imaging 5 January 2018

**Justin Michalski** <jmichalski@sygena.com>   Fri, Jan 5, 2018 at 7:14 PM
To: "Jacob Chen [jchen@daiassociates.com]" <jchen@daiassociates.com>
Cc: "Joshua M. Lurie, Esq." <jmlurie@luriestrupinsky.com>

This email confirms that I received from David Stewart the usernames and passwords for the following accounts:

iCloud
Facebook
Skype
Whatsapp
Viber
davids10031@gmail.com
"Email accounts"
"All others"