**E**
**X**
**H**
**I**
**B**
**I**
**T**

**B**

# EXHIBIT B

**Subject:** List of devices
**Date:** Friday, December 22, 2017 at 1:17:09 AM Eastern Standard Time
**From:** Jacob Chen
**To:** Joshua M. Lurie, Esq.

MacBook Air (13-inch, Mid 2013)
macOS Sierra version 10.12.6

iPhone 6S plus