**EXHIBIT C**

**EXHIBIT C**

**Subject:** Re: Forensic work in Kaltner adv. Stewart
**Date:** Thursday, January 4, 2018 at 12:06:28 PM Eastern Standard Time
**From:** Jacob Chen
**To:** Justin Michalski
**CC:** Joshua M. Lurie, Esq.

I will see if my client is available. While I understand the need to reschedule, this should have been raised much earlier and not informed to me and my client less than an hour before. &lt;div id="DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2"&gt;&lt;br /&gt;
&lt;table style="border-top: 1px solid #D3D4DE;"&gt;
    &lt;tr&gt;
    &lt;td style="width: 55px; padding-top: 13px;"&gt;&lt;a href="http://www.avg.com/email-signature?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail" target="_blank"&gt;&lt;img src="https://ipmcdn.avast.com/images/icons/icon-envelope-tick-green-avg-v1.png" alt="" width="46" height="29" style="width: 46px; height: 29px;" /&gt;&lt;/a&gt;&lt;/td&gt;
        &lt;td style="width: 470px; padding-top: 12px; color: #41424e; font-size: 13px; font-family: Arial, Helvetica, sans-serif; line-height: 18px;"&gt;Virus-free. &lt;a href="http://www.avg.com/email-signature?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail" target="_blank" style="color: #4453ea;"&gt;www.avg.com&lt;/a&gt;
        &lt;/td&gt;
    &lt;/tr&gt;
&lt;/table&gt;&lt;a href="#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2" width="1" height="1"&gt;&lt;/a&gt;&lt;/div&gt;
Yours Truly,
Jacob Y. Chen
Junior Partner
Dai & Associates, P.C.
1500 Broadway, 22nd Floor
New York, NY 10036
Telephone: (212) 730-8880
Facsimile: (212) 730-8869
www.daiassociates.com

This message originates from the law firm of Dai & Associates, P.C. This message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Dai & Associates, P.C. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at jchen@daiassociates.com

On Thu, Jan 4, 2018 at 11:57 AM, Justin Michalski <jmichalski@sygena.com> wrote:

Mr. Chen,

Due to the weather, we will need to reschedule the examination for the same time tomorrow, Friday, 5 January 2018. Be advised, the order states that the examination must be completed by tomorrow.

Thank you,

Justin

_____
From: Justin Michalski
Sent: Wednesday, January 03, 2018 2:01 PM
To: Jacob Chen [jchen@daiassociates.com]
Cc: Joshua M. Lurie, Esq.
Subject: Forensic work in Kaltner adv. Stewart

Mr. Chen,

My name is Justin Michalski, the forensic expert hired on behalf of Compliant Dialer, Inc. to perform forensic imaging and examinations of computers and telephones as set forth the email sent to you on Friday, 29 December 2017. I plan to arrive at your location at 1:00PM on Thursday, 4 January 2018. Please have the electronic medium available and all passwords or log-in information ready and provided to me to expedite the process. As you are aware, I may come across some privileged documents after the imaging is completed (specifically communications). It is my practice to advise the entity or individual who retained me of the potentially privileged document's existence so that it can be discussed among the attorneys before I produce anything. As I am not an attorney, I can not ensure that any privileged documents will not be turned over. Therefore, if you are aware of privileged communications, it is best that you advise me of where they may be so that I can mark off these locations. Mr. Lurie has requested that, should any locations be identified that you claim contain privileged communications, that those documents be set aside so that you can provide a "privilege log."

Please reply to this message if there are any questions.

Thank you,

Justin