UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE KALTNER, *et al.*, | |
| Plaintiffs, | |
| v. | No. 16-CV-9337 (KMK) |
| DAVID STEWART, *et al.*, | ORDER |
| Defendants. | |

KENNETH M. KARAS, United States District Judge:

On November 1, 2019, Plaintiffs submitted a "Motion for Entry of Default" as to some Defendants. However, this submission did not use the correct form and was not stylized correctly on ECF, so the Clerk of Court never issued a certificate of default as to any of these parties. A form request for the Clerk's certificate of default is available on the Southern District of New York's website.

To the extent Plaintiffs wish to pursue a default judgment against any Defendants who have not timely answered, Plaintiffs are instructed to refile their request for a certificate of default, along with all other necessary papers in the manner prescribed by the rules of the Southern District of New York and the Individual Rules of this Court.

The Clerk of Court is respectfully requested to terminate the Motion at Docket No. 201.

SO ORDERED.

Dated: April 3, 2020
       White Plains, New York

                                                    KENNETH M. KARAS
                                                    United States District Judge